In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00035-CR
_____

MICHAEL J. GUIDRY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 12-13308

MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Michael J. Guidry pleaded guilty to the lesser-included offense of robbery after being indicted for aggravated robbery. The trial court found the evidence sufficient to find Guidry guilty, but deferred further proceedings, placed Guidry on community supervision for seven years, and assessed a fine of $500. The State subsequently filed a motion to revoke Guidry's unadjudicated community supervision. Guidry pleaded "true" to two violations of the conditions of his community supervision. The trial court found

1

that Guidry violated the conditions of his community supervision, found Guidry guilty of robbery, and assessed punishment at seventeen years of confinement.

Guidry's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California,* 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Guidry to file a *pro se* brief. We received no response from Guidry.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

                _____
                    STEVE McKEITHEN
                    Chief Justice

Submitted on September 16, 2013
Opinion Delivered September 25, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.

---

[1]Guidry may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2